IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN JACOB MATUK, | No. C 13-0204 WHA (PR) |
| Petitioner, | **DENIAL OF MOTION FOR APPOINTMENT OF COUNSEL; GRANTING EXTENSION OF TIME; INSTRUCTIONS TO CLERK** |
| v. | |
| MARTIN HOSHINO, | |
| Respondent. | (Docket Nos. 7, 8) |

This is a habeas case filed by a state prisoner proceeding pro se. Respondent was ordered to show cause why the petition should not be granted. Respondent filed an answer, a supporting memorandum, and exhibits. Randy Baker, an attorney licensed to practice in California has filed a notice of appearance as petitioner's counsel. Mr. Baker has also filed a motion to be "appointed" as petitioner's counsel pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. 3006A, presumably in order to obtain funds authorized by the CJA for representation of indigent petitioners in federal court. Mr. Baker has also filed a motion on behalf of petitioner requesting an extension of time in which to file a traverse.

The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, the 18 U.S.C. 3006A(a)(2)(B) authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require and such person is financially unable to obtain representation." Petitioner has presented his claims adequately in

the petition, and they are not particularly complex.  The Court determines that the interests of justice do not require appointment of counsel at this stage of the case.  The motion to appoint Mr. Baker as counsel for petitioner pursuant to the CJA is **DENIED** (dkt. 8).  As Mr. Baker has filed a notice of appearance on behalf of petitioner that does not indicate that his representation is conditioned on his appointment pursuant to the CJA, he is considered petitioner's attorney in this case until and unless a motion to withdraw as petitioner's counsel showing good cause therefor is granted.  The Clerk shall keep Mr. Baker on the docket as petitioner's counsel.

The request for an extension of time, to and including July 22, 2013, in which to file a traverse is **GRANTED** (dkt. 7).

**IT IS SO ORDERED.**

Dated: June   5   , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.13\MATUK0204.ATY.wpd