**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUBEN JACOB MATUK,

      Petitioner,

  v.

MARTIN HOSHINO,

      Respondent.

                     /

No. C 13-00204 WHA

**ORDER REQUESTING
ADDITIONAL BRIEFING**

     As petitioner was not yet represented by counsel when he filed his initial habeas petition, his traverse contains new legal arguments that respondent has not yet had an opportunity to address. Respondent may file a responsive brief, up to ten pages, by **DECEMBER 20, 2013, AT NOON.**

     **IT IS SO ORDERED.**

Dated:  December 10, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE