**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUBEN JACOB MATUK,

    Petitioner,

  v.

MARTIN HOSHINO,

    Respondent.

/

No. C 13-00204 WHA

**ORDER RE BRIEFS TO CALIFORNIA COURT OF APPEAL**

    Respondent is hereby requested to submit to the Court copies of the appellate briefs presented to the California Court of Appeal in this action by **JANUARY 16, 2014, AT NOON**. While the unpublished opinion by California Court of Appeal was lodged, the briefs were not.

    **IT IS SO ORDERED.**

Dated: January 13, 2014.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE