UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN MATUK,<br>   Plaintiff,<br>  v.<br>MARTIN HOSHINO,<br>   Defendant. | Case No. 13-cv-00204-JD<br><br>**ORDER TO SHOW CAUSE** |

  A hearing on petitioner's habeas petition (Dkt. No. 1) was set for 10:30 a.m. this morning, Friday, November 21, 2014. The hearing was more than adequately noticed via a Clerk's Notice issued on ECF on October 21, 2014. Dkt. No. 19.

  The Court held the hearing as noticed. Petitioner's counsel appeared, but respondent's counsel did not, despite the Court adjourning the matter and then re-calling it at 11:16 a.m.

  Consequently, Mr. Rene Antonio Chacon who is respondent's counsel of record, and his immediate supervisor, are ordered to appear before this Court at 10 a.m. on Tuesday, November 25, 2014 to show cause why monetary sanctions should not be imposed pursuant to the Court's inherent powers for counsel's failure to appear. Petitioner's counsel need not appear at the OSC hearing.

  The Court further orders that respondent's counsel shall reimburse petitioner's counsel for his reasonable fees and costs for his court appearance today. Mr. Baker is directed to prepare and file a bill of costs, which may include reasonable costs for his time and travel, as soon as is

reasonably practicable.

**IT IS SO ORDERED**.

Dated:  November 21, 2014

_____
JAMES DONATO
United States District Judge