1
2
3
4               UNITED STATES DISTRICT COURT
5              NORTHERN DISTRICT OF CALIFORNIA
6

7   RUBEN MATUK,                        Case No. 13-cv-00204-JD
              Plaintiff,
8                                       **ORDER DENYING PETITIONER'S
        v.                              MOTION FOR APPOINTMENT OF
9                                       COUNSEL AND RESPONDENT'S
    MARTIN HOSHINO,                     MOTION FOR RECONSIDERATION**
10
              Defendant.                Re: Dkt. Nos. 36, 37
11

12

13          The Court has already filed a decision on the habeas petition in this case and the Clerk has

14   entered judgment.  Dkt. Nos. 34, 35.  Petitioner now moves for appointment of counsel nunc pro

15   tunc, Dkt. No. 36, and respondent moves for reconsideration under Federal Rule of Civil

16   Procedure 59(e).  Dkt. No. 37.  The Court denies both motions.

17          The motion for appointment of counsel is petitioner's third request.  The Court denied it

18   the first two times around.  The fact that the Court granted the habeas petition in part does not alter

19   the truth of its previous finding:  petitioner "presented his claims adequately in the petition, and

20   they are not particularly complex."  Dkt. No. 9.  This remains true for the portion of the petition on

21   which petitioner prevailed.  The Court consequently denies petitioner's counsel's motion for nunc

22   pro tunc appointment.

23          Respondent moves the Court to "alter or amend its June 29, 2015, order granting

24   petitioner's habeas petition in part."  Dkt. No. 37 at 1.  Respondent argues that "the district court

25   clearly erred in its harmless error analysis and its failure to apply *Brecht v. Abrahamson*, 507 U.S.

26   619 (1993) to this case."  *Id*. at 2.  But any suggestion that the Court did not engage in a harmless

27

28

United States District Court
Northern District of California

United States District Court
Northern District of California

1    error analysis is incorrect.  The Court clearly engaged in a harmless error analysis and found the

2    error here was not harmless.  Dkt. No. 34 at 11.  Respondent's motion is denied.

3         **IT IS SO ORDERED.**

4    Dated: July 20, 2015

5

6    _____

7    JAMES DONATO
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28